AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:     amaurice@mauricewood.com
            earonson@mauricewood.com

Pro hac vice applications forthcoming

Christopher DeGroff
Illinois Bar No. 6244447
Melissa K. Taft
Indiana Bar No. 29253-53
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448

Attorneys for Defendant,
THE ELEVANCE HEALTH COMPANIES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHERI M. COLLINS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ELEVANCE HEALTH COMPANIES, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-00494-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT** |

　　　　Plaintiff, Sheri M. Collins, and Defendant, The Elevance Health Companies, Inc. ("Defendant") (collectively, the "Parties"), by their respective attorneys of record, stipulate and agree as follows:

　　　　1.　　On October 19, 2023, Plaintiff served Defendant with the Summons and Complaint.

　　　　2.　　On October 26, 2023, Defendant retained counsel to respond to the Complaint.

　　　　3.　　Defendant requests a brief extension of time to respond to the Complaint as a result of counsel's recent retention.

4.   This extension is requested to allow counsel for Defendant additional time to review and respond to the Complaint.

5.   Accordingly, Defendant requests a brief extension through November 28, 2023, to respond to the Complaint.

6.   Counsel for Plaintiff does not oppose the requested extension.

7.   This is the first request for an extension, and it is brought in good faith and not for purposes of delay.

DATED this 6th day of November, 2023.                    DATED this 6th day of November, 2023.

**MAURICE WOOD**                                         **JENNINGS & FULTON**

By:  */s/Aaron R. Maurice*                              By:  */s/Logan G. Willson*
     AARON R. MAURICE, ESQ.                                  LOGAN G. WILLSON, ESQ.
     Nevada Bar No. 006412                                   Nevada Bar No. 14967
     ELIZABETH E. ARONSON, ESQ.                              ADAM R. FULTON
     Nevada Bar No. 14472                                    Nevada Bar No. 11572
     8750 W. Charleston Blvd., Ste. 100                      2580 Sorrel Street
     Las Vegas, Nevada 89117                                 Las Vegas, Nevada 89146

*Pro hac vice applications forthcoming*                 *Attorneys for Plaintiff*

Christopher DeGroff
Illinois Bar No. 6244447
Melissa K. Taft
Indiana Bar No. 29253-53
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448

*Attorneys for Defendant*

IT IS SO ORDERED.

Dated:  November 6, 2023       .

_____
UNITED STATES MAGISTRATE JUDGE