1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

8

SHERI M. COLLINS, an individual

Case #3:23-cv-00494 - RCJ-CLB

9
10

Plaintiff(s),

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

11

vs.

12

THE ELEVANCE HEALTH
COMPANIES, INC. and ROE CORP.

13
14

Defendant(s).

FILING FEE IS $250.00

15
16

_____Melissa K. Taft_____ , Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.      That Petitioner is an attorney at law and a member of the law firm of

Seyfarth Shaw LLP

19

(firm name)

20

with offices at _____233 South Wacker Drive, Suite 8000_____ ,
(street address)

21

_____Chicago_____ , Illinois , ▼ , 60606 ,
(city)                                     (state)                              (zip code)

22
23

_____312-460-5000_____ , mtaft@seyfarth.com .
(area code + telephone number)          (Email address)

24
25

2.      That Petitioner has been retained personally or as a member of the law firm by

26

The Elevance Health Companies, Inc. _____ to provide legal representation in connection with
[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3. That since _____ October 15, 2010 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Indiana
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Indiana Supreme Court | 10/15/2010 | 29253-53 |
| Southern District of Indiana | 05/03/2012 | |
| Northern District of Indiana | 04/30/2012 | |
| 7th Circuit Court of Appeals | 10/21/2014 | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

State of Indiana

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                           Petitioner's signature

STATE OF Illinois

5    COUNTY OF _____ Cook _____

6

7    Melissa Taft , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                           Petitioner's signature

10   Subscribed and sworn to before me this

11   20th day of November , 2023

12

13                                     HEATHER HAHN PARAS
                                         OFFICIAL SEAL
                                 Notary Public, State of Illinois
                                 My Commission Expires
   Notary Public or Clerk of Court             July 26, 2026

14

15

16               **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____ Aaron R. Maurice _____,

19                                        (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23         Maurice Wood, 8250 West Charleston Blvd., Suite 100     ,
                           (street address)

24      Las Vegas     ,   Nevada             ,   89117

25      (city)             (state)         (zip code)

26     702-463-7613     ,   amaurice@mauricewood.com   .
   (area code + telephone number)      (Email address)

27

28                            4                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Aaron R. Maurice _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _Rachel M. Fleischer_
                (party's signature)

11

12  The Elevance Health Companies Inc ; Managing Assoc.
                (type or print party name, title)   General Counsel, Sr.

13  _____

14                (party's signature)

15

16  _____
                (type or print party name, title)

17  **CONSENT OF DESIGNEE**
       The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _Aaron R. Maurice_

20  Designated Resident Nevada Counsel's signature

21  _6412_   _amaurice@mauricewood.com_
       Bar number      Email address

22

23

24  APPROVED:

25  Dated: this 22nd day of November, 2023.

26  _____

27  UNITED STATES DISTRICT JUDGE

28                        5                        Rev. 5/16

Exhibit 1 – Certificate of Good Standing

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### MELISSA KAY TAFT

is a member of the bar of the Supreme Court of Indiana since admission on _____ October 15, 2010 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 26th day of September, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court