ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERI M. COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ELEVANCE HEALTH COMPANIES, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00494-MMD-CLB |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiff, SHERI COLLINS, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant, THE ELEVANCE HEALTH COMPANIES, INC., by and through its counsel of record, AARON R. MAURICE, ESQ. and ELIZABETH E. ARONSON, ESQ., of the law firm of MAURICE WOOD, and CHRISTOPHER DEGROFF, ESQ. and STEPHANIE J. MANNING, ESQ., of the law firm of SEYFARTH SHAW LLP, to dismiss this action, including all claims and defenses, with prejudice.

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

DATED: April 4, 2024

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
*Attorneys for Plaintiff*

DATED: April 4, 2024

**SEYFARTH SHAW LLP**

*/s/ Stephanie J. Manning, Esq.*
CHRISTOPHER DEGROFF, ESQ.
Indiana Bar No. 6244447
STEPHANIE J. MANNING, ESQ.
Texas Bar No. 24099422
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
Chief United States District Court Judge

Dated: _____April 5, 2024_____